# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL EUGENE TALBERT**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:03CR05029-001**<br><br>Federal Defender Eric Vincent Kersten<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge 2 as alleged in the violation petition filed on 9/23/2014 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 2 | Unlawful Use of a Controlled Substance | 9/10/2014 |

The court continues under same conditions of supervision heretofore ordered on 12/15/2003, with all previously ordered conditions in effect and with the following modification of conditions:

1. The defendant shall abstain from the use of alcoholic beverage and shall not frequent those places where alcohol is the chief item of sale.

2. The defendant shall not participate in gambling activities of any kind or enter any establishment where gambling occurs.

The defendant is sentenced as provided on this page of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge 1 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/15/2014
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

1/8/2015
Date