HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL EUGENE TALBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL EUGENE TALBERT,<br><br>Defendant. | Case No.  1:03-cr-05029-AWI-1<br><br>ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. §§ 4241(b) AND 4247(b) AND (c) TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL<br><br>Judge: Hon. Gary S. Austin |

This matter came before this court for hearing on July 24, 2015.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(b), that Michael Eugene Talbert shall be committed to the custody of the Attorney General for placement in a suitable facility for the purpose of a psychiatric or psychological examination, pursuant to 18 U.S.C. §§ 4247(b) and (c), to determine whether defendant Talbert is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS SO ORDERED.

Dated:   **July 27, 2015**          /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE