UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 1:03CR05029 AWI |
| Plaintiff, | ) ORDER FOR EXAMINATION REGARDING |
| vs. | ) DEFENDANT'S MENTAL COMPETENCY <br> ) PURSUANT TO 18 U.S.C. § 4241 |
| MICHAEL EUGENE TALBERT, | ) |
| Defendant. | ) |

On December 14, 2015, at the request of defense counsel, U.S. District Judge Lawrence J. O'Neill ordered that defendant MICHAEL EUGENE TALBERT ("defendant"), be placed again in the custody of the Attorney General and undergo an examination pursuant to 18 U.S.C. § 4241(a) to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241(b), IT IS HEREBY ORDERED that:

A. Defendant is committed to the custody of the Attorney General.

B. The Attorney General shall conduct a psychiatric or psychological examination of the defendant to determine the

defendant's competence and capacity to permit the proceedings to go forward.

  C. No later February 19, 2016, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall submit to the Court and the parties a report regarding:

    1. Whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward;

    2. Whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may proceed.

  D. Alternatively, should the institution require additional time to evaluate the defendant, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall request from the Court additional time, up to four months, to complete the evaluation.

IT IS SO ORDERED.

Dated: **December 18, 2015**    **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE