HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL TALBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:03-cr-05029 AWI-BAM |
| *Plaintiff*, | ***AMENDED* APPLICATION FOR ORDER SHORTENING TIME; ORDER** |
| vs. | DATE:   February 16, 2016 |
| MICHAEL TALBERT, | TIME:    10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

Defendant Michael Talbert applies for an order shortening time for scheduling a status conference on **Monday, February 16, 2016 at 10:00 a.m. before the Honorable Anthony W. Ishii.** The circumstances justifying this application are set forth below.

On July 27, 2015, Mr. Talbert was ordered to undergo a psychiatric or psychological examination pursuant to 18 U.S.C. 4241(b) and 4247(b) and (c) to determine his competency to stand trial. The examination was completed and further proceedings were held on December 14, 2015, at the request of defense counsel, before the Hon. Lawrence J. O'Neill. At that time it was ordered that Mr. Talbert be placed again in the custody of the Attorney General and undergo further examination pursuant to 18 U.S.C. § 4241(a) to determine whether Talbert is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Mr. Talbert has remained in custody at the Lerdo detention since December 14, 2015, and defense counsel has had several conversations with Mr. Talbert since that time. Counsel knows Mr. Talbert very well as he has represented Talbert on his underlying offense and three subsequent supervised release violation proceedings. Counsel is well aware of Talbert's mental health condition and has observed that Talbert frequently cycles through periods of varying competency. At the time of the December 14 hearing Talbert had decompensated and it was impossible to communicate effectively. Since that time he has remained on medication and his condition has improved to the point that he able to communicate effectively and understand the nature of the proceedings against home. He has been in this state for the past several weeks and discussed the pending proceedings. It is Mr. Talbert's desire to admit the alleged violations of his supervised release and resolve this matter forthwith.

Based on these circumstances the defense is requesting that the matter be placed on calendar at the earliest available date to allow the court to determine whether Talbert is competent and, if so, to allow him to admit the alleged violations. The government does not object to this request for an order shortening time to place this matter on calendar.

DATED:  February 4, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MICHAEL TALBERT

**O R D E R**

IT IS SO ORDERED.

Dated:  February 4, 2016

SENIOR DISTRICT JUDGE