HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MICHAEL EUGENE TALBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:03-cr-05029 AWI |
| *Plaintiff,* | ) ) ) | **STIPULATION TO CONTINUE DISPOSITION, ORDER THEREON** |
| vs. | ) ) | Date:   March 21, 2016 |
| MICHAEL EUGENE TALBERT, | ) ) | Time:   10:00 a.m.
Judge:  Hon. Anthony W. Ishii |
| *Defendant.* | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Michael Talbert, that the date for disposition may be continued to March 21, 2016, at 10 a.m., or the soonest date thereafter convenient to the court. Disposition is currently scheduled for March 14, 2016.

   Defense counsel just received the Dispositional Memorandum prepared by the United States Probation Office on the morning of March 11, 2016.  This continuance is requested to allow time for the defense to prepare a response to the Dispositional Memorandum.

   The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  For this reason, the ends of justice served by the granting

1 of the requested continuance outweigh the interests of the public and the defendant in a speedy
2 trial.

3
4                                                            BENJAMIN B. WAGNER
                                                             United States Attorney

5 DATED: March 11, 2016                    By:      /s/ Megan Richards
                                                    MEGAN RICHARDS
6                                                   Assistant U. S. Attorneys
                                                    Counsel for Plaintiff
7

8
                                                             HEATHER E. WILLIAMS
9                                                            Federal Defender

10
11 DATED: March 11, 2016                   By:      /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
12                                                  Counsel for Defendant
                                                    MICHAEL TALBERT
13

14

15                                       O R D E R

16     IT IS SO ORDERED. That the date for disposition be continued to March 21, 2016, at 10

17 a.m.  The intervening period of delay is excluded in the interests of  justice pursuant to 18 U.S.C.

18 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

19
IT IS SO ORDERED.
20
Dated:   March 11, 2016                            _____
21                                                 SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28