IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:03-cr-05029-AWI |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| MICHAEL EUGENE TALBERT, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on March 21, 2016 to 8 months (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released March 23, 2016.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  March 22, 2016                            _____
                                                  SENIOR DISTRICT JUDGE